# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Angelica Sulon Usher                              Docket No. 5:09-CR-36-1H

### Petition for Action on Supervised Release

COMES NOW Julie Wise Rosa, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Angelica Sulon Usher, who, upon an earlier plea of guilty to Manufacturing Counterfeit United States Currency and Aiding and Abetting, in violation of 18 U.S.C. §§ 471 and 2, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on November 10, 2009, to the custody of the Bureau of Prisons for a term of 12 months and 1 day. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation office.

2. The defendant shall provide the probation office with access to any requested financial information.

3. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

4. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

5. The defendant shall participate in a vocational training program as directed by the probation office.

6. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Angelica Sulon Usher was released from custody on November 12, 2010, at which time the term of supervised release commenced. A violation report was sent to the court on May 3, 2012,

Angelica Sulon Usher
Docket No. 5:09-CR-36-1H
Petition For Action
Page 2

advising that Usher had two pending cases in Wayne County, North Carolina: Simple Assault and Assault With a Deadly Weapon (12CR51843) and Injury to Personal Property (12CR50143). Additionally, Usher had sustained a conviction for Simple Assault (11CR54296) and had been placed on 12 months unsupervised probation. On August 10, 2012, Usher was found guilty in Wayne County District Court of Simple Assault (12CR51843). The Assault With a Deadly Weapon (12CR51843) and Injury to Personal Property (12CR50143) were dismissed.

Each of these matters involved Usher's baby's father and/or the father's new girlfriend. Ongoing conflict between these parties is the underlying factor in each of the cases. In consideration of that information, as well as Usher recently securing employment, the probation officer believes that 60-days of home detention with electronic monitoring will provide adequate punishment for the violations. As such, the defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 60 consecutive days. The defendant shall be restricted to her residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer. The defendant shall pay for electronic monitoring services as directed by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Michael C. Brittain<br>Michael C. Brittain<br>Senior U.S. Probation Officer | /s/ Julie Wise Rosa<br>Julie Wise Rosa<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8660<br>Executed On: October 12, 2012 |

Angelica Sulon Usher
Docket No. 5:09-CR-36-1H
Petition For Action
Page 3

## ORDER OF COURT

Considered and ordered this 15th day of Oct, 2012, and ordered filed and made a part of the records in the above case.

_Malcolm J. Howard_
Malcolm J. Howard
Senior U.S. District Judge